# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 21, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151930(16)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

BYRON JAY KONSCHUH,
        Defendant-Appellant.
_____/

SC: 151930
COA: 326225
Lapeer CC: 14-012016-FH

On order of the Chief Justice, the motion of defendant-appellant for leave to file an application for leave to appeal in excess of the page limit restriction is GRANTED. The 55-page application submitted on July 13, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 21, 2015

